UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| ISIDRO CALLEJA SEBASTIAN, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:25-cv-00167-SCM |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| SAMUEL OLSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1) Petitioner Isidro Calleja Sebastian's Petition for a Writ of Habeas Corpus, [Dkt. 1], is **DENIED** and shall be **DISMISSED WITH PREJUDICE**.

2) This case shall be stricken from the active docket.

Signed this 10th day of March, 2026.



S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky